HELENE WEINSTEIN, Appellant, *v.* DOMUR REALTY CORP., Respondent.

Submitted October 11, 1945; decided November 29, 1945.

*Harry Tannenbaum* for appellant.

*Julius L. Rosenthal, Louis Helfenstein* and *Joseph S. Robinson* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.